**APPENDIX A**

**Complaints from the CFPB's Consumer Complaint Database for March-June 2022
Alleging that Wells Fargo Opened Unauthorized Consumer Checking Accounts**

1. Consumer in Georgia, complaint dated June 16, 2022:

On XX/XX/2022 I started receiving emails about my new Wells Fargo account. I do not have a Wells Fargo account and I did not open one. I assumed it was a phishing email. On XX/XX/2022 I received a bank statement in the mail from Wells Fargo. I have called them numerous times and selected the phone options for fraud. The call goes to a regular account person who says that the account is definitely fraud and that they will transfer you to the fraud department only to remain on hold for hours. After a ridiculous wait time, someone finally answered and claims that they will fill out a form that they will look into it and perform an investigation and that they will resolve the issue IF they find it was fraudulent. So now I am hoping and expecting that the same company who has been found guilty by congress of opening fraudulent accounts without the consumers knowledge or approval to do the right thing?

Company response to consumer
Closed with explanation

Company public response
Company has responded to the consumer and the CFPB and chooses not to provide a public response

2. Consumer in Kansas, complaint dated June 22, 2022:

Consumer complaint narrative
I received an alert from XXXX on XXXXthat an account was opened at Wells Fargo Bank on XX/XX/22 using my social security number. I called Wells Fargo and they placed a hold on the account. They told me they would send me a letter in 45 days and will not disclose further information. I demanded to be sent to their identity fraud department. After waiting on hold, I was connected to a representative who pretended she could not hear me and hung up. I called again and was on hold for 23 minutes, then disconnected.

Company response to consumer
Closed with explanation

Company public response
Company has responded to the consumer and the CFPB and chooses not to provide a public response

3. Consumer in Tennessee, CFPB Complaint No. 5672846, complaint dated June 15, 2022:

In XX/XX/2022, a checking account was opened at Wells Fargo in my name but not by me. There was a XXXX dollar balance so I didn't worry much about it until I received a letter in the mail in XXXX stating that " because I receive interest income, I need to sign, date and return the enclosed form W-9 to confirm your Tax Payer Identification Number as required by the IRS. " I know better than to share my social security number, so I went to a Wells Fargo Bank on XX/XX/XXXX to speak with someone about this fraudulent account. She explained that it was fraud but stated no one at Wells Fargo was responsible. I disagree with her because someone had to approve the account in order to open it. During that visit, I closed the account and then went home to change my logins and passwords. I also put a freeze on all three Credit Reports. I worry that some people may not know better and will fill out the W9 form providing more personal information.

Company response to consumer
Closed with non-monetary relief

Company public response
Company has responded to the consumer and the CFPB and chooses not to provide a public response

4.   Consumer in Tennessee, CFPB Complaint No. 5668760, complaint dated June 14, 2022:

Consumer complaint narrative
It appears that Wells Fargo is up to its old ways of opening new accounts without permission. In late XX/XX/2022, I received a statement for a Wells Fargo Everyday Checking account dated XX/XX/2022. The statement was initially sent to an old address and forwarded by USPS. Per the dates included in the statement, the account was opened on XX/XX/2022. At no time in XX/XX/2022 did I ever contact Wells Fargo to open a checking account. I do have a credit card with them, but no other accounts. As well, the credit card statement comes to my correct address. Additionally, the checking account does NOT show up in my online account with Wells Fargo. I contacted Wells Fargo on XX/XX/2022, at ( XXXX ) XXXX and spoke with a representative, and made them aware that the account was opened without my request/permission. I was transferred to someone in the " fraud department ". They supposedly closed the account and give me case # XXXX. Subsequently, I received a statement dated XX/XX/2022, but since it was shortly after my initial call I ignored it. Yesterday, I received another statement, dated XX/XX/2022. This leads me to believe that the account was NOT in fact closed at my initial request, so I decided to file a complaint.

Company response to consumer
Closed with non-monetary relief

Company public response
Company has responded to the consumer and the CFPB and chooses not to provide a public response

5.   Consumer in Colorado, CFPB Complaint No. 5647911, filed June 8, 2022:

Consumer complaint narrative

Wells Fargo Bank opened a checking account in my name without my knowledge or authorization. I became aware of this when I received a bank statement in the mail that was dated XX/XX/2022. At the time that this account was opened, I had a fraud alert on my credit report. According to Wells Fargo 's website, " Fraud alerts require creditors to verify your identity before opening any new accounts in your name ... " Wells Fargo ignored its own policy and opened the account in my name without verifying my identity. I reported this issue to Wells Fargo on XX/XX/2022. Over the past four months, I have placed multiple calls to Wells Fargo asking them to close the account and to provide information to me on the circumstances under which the account was opened. Wells Fargo has refused to provide any explanation for how or why they opened the account in my name without my authorization. They supposedly conducted an investigation regarding the incident, which they have characterized as identity theft and online fraud. Despite repeated requests, they have declined to provide any information to me regarding the results of their investigation. I have requested that Wells Fargo provide information to me on the circumstances under which the fraudulent account was opened, so that I can provide the information to the police. On XX/XX/2022, I was told by Wells Fargo ID Theft Document team that they would send me an affidavit that I would need to complete in order to receive this information. To date, and despite repeated requests, they have not sent this affidavit to me. A Wells Fargo Executive Office manager stated that I should file a police report. I filed a police report on XX/XX/2022. The investigating police officer later informed me that he contacted this manager to request information related to the identity theft and online fraud, but that she would not provide any information to him. Therefore, the officer stated that he had nothing to go on to proceed with an investigation. So, despite the fact that Wells Fargos internal investigation revealed that the crimes of identity theft and online fraud had occurred, Wells Fargo did not report these crimes to the police and, further, refused to cooperate with the police investigation that my report initiated. Wells Fargo appears to be covering up the fact that it is responsible for, or facilitated, these occurrences of identity theft and online fraud against its customers. On XX/XX/2022, I received a letter from the Wells Fargo Enterprise Complaints Management Office stating that they had opened a Right to Documents Request on my behalf on XX/XX/2022, and that I would be notified by Claims within 30 days. That notification never occurred. On XX/XX/2022, I received an email from the Wells Fargo Enterprise Complaints Management Office stating that they had been sending information related to my case to the wrong address. I spoke with a manager in the Wells Fargo Executive Office, and asked that they send all of the information to my correct address, and let me know what sensitive personal information about me that they sent to the wrong address. To date, they have done neither. For the last four months, I have been given the runaround by various departments at Wells Fargo, and none of my questions or concerns have been addressed. The priorities of a company can be clearly inferred by how they choose to fund their various departments. Calls to XXXX XXXX ID Theft Operations phone number will often be on hold for an hour or more. If Wells Fargo considered identity theft and online fraud to be important problems, then they would adequately staff their ID Theft call center. The fact that they choose not to do so speaks volumes about the priorities of the company, and their lack of regard for their customers. One of Wells Fargos representatives actually told me that if I wanted to get any information from Wells Fargo, I should hire an attorney! Financial institutions in the United States should not be permitted to open accounts without the customers knowledge or authorization. Accounts should not be

opened online if the institution is unable or unwilling to actually verify the identity of the person applying for the account. The executives of financial institutions should be held financially and criminally liable for facilitating the crimes of identity theft and internet fraud against their own customers.

Company response to consumer

Closed with explanation

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

6.   Consumer in Illinois, CFPB Complaint No. 5637143, filed June 6, 2022:

Consumer complaint narrative

In XX/XX/2022, I received an account statement for checking account. The statement listed my full name and address. I did not open this account, nor have I ever been a customer of Wells Fargo. This was the first correspondence about this account that I received. I did not receive a notification that this account had been opened in my name despite the account having my correct name and address. Prior to this, my information was leaked in XXXX of the many internet breeches over the last several years, so the mystery of how my information was obtained is not really a mystery. In response to this, I created freezes in XXXX, XXXX, and XXXX. I called Wells Fargo on XX/XX/2022 and their representative told me that this account had been open in XX/XX/2022 and that I only received a statement because I would start accruing charges for not meeting the minimum balance. There was no balance in the account and no activity on the statement I received. I find it difficult to believe that a somebody would open an account with my credentials, yet not use it for anything. It seems the only entity that would benefit from this is Wells Fargo, particularly in light that the account would start accruing minimum balance fees had I not found out. When this account was opened, I had credit freezes on all three of the credit reporting agencies. While this account was not a loan account, so there was no actual requirement to do verify credit, it seems a reasonable step to take in the era for identity theft, leaks of personal data, and rampant online fraud. It also seems a reasonable step to send out a written letter confirming that an account has been opened.

Company response to consumer

Closed with explanation

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

7.   Consumer in Michigan, CFPB Complaint No. 5626371, filed June 2, 2022:

Consumer complaint narrative

I received an email on my parent 's email that Wells Fargo has opened an checking account in my name. I have not opened any account in my name with their company. I called and they froze the account in question and opened some sort of case. I was transferred to the fraud department and when questioning them as to how the account could have been opened without verifying my identity, they cold transferred me back to the customer service line and are not explaining how they could issue an account without verification. Upon calling back to the company, the representative from the fraud department said that they wouldn't be able to give me any information on the account until the fraud department closes the case in which they may contact me if needed. This seems like a violation of some anti-money laundering laws and consumer protection acts regarding financial institutions. It's also extremely shady to not be able to give information out to me regarding an account they saw fit to issue in my name. They had enough to approve the account but can not give the information to the verified individual on the phone. I have no recourse as to next steps and they didn't tell me how they would fix the problem. I would like a resolution to their error and an understanding of how they can issue accounts without verification.

Company response to consumer
Closed with explanation

Company public response
Company has responded to the consumer and the CFPB and chooses not to provide a public response

8.   Consumer in New York, CFPB Complaint No. 5623008, filed June 1, 2022:

Consumer complaint narrative
I received a statement in the mail of a checking account from Wells Fargo Bank N.A. I did not open this account and will never do business with Wells Fargo. When I called to inquire, they said the account was already closed and would not give me any more information. Then in a bit of heated exchange on the part of the representative XXXX, she claimed this was identity theft. In IDT department takes 45 days for any follow-up. I am skeptical about identity theft because I have a monitoring service and have received no notifications from this. I have in the past received notifications about events that are much smaller than opening up a bank account from the service. Furthermore, Wells Fargo 's policy regarding opening up accounts online and their verification system are not good enough. In this world of digital theft, to purely banking business online with no other forms of verification ( mail notice, credit check, etc. ) is as bad as when their predatory bankers were opening up accounts on their own for sales goals. In addition, their transparency with issues like this is awful. The bank gives no information for the consumer to draw any conclusion to protect themselves in the future.

Company response to consumer
Closed with explanation

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

9. Consumer in Illinois, CFPB Complaint No. 5618589, filed May 31, 2022:

Consumer complaint narrative

This is a continuation of Complaint # XXXX which you said you closed. It is NOT closed for the following reasons and activity. 1. I am receiving statements from Wells Fargo and it shows the charged off a small amount of money on my fraudulent account. Will my credit be affected by their sloppy business practices? 2. Wells Fargo NEVER provided me with the information I requested that was needed to open this checking account with them. 3. I have received a packet from Wells Fargo ( Identity Theft Repair Kit ) detailing all the numerous actions I should now take because of this fraudulent account they allowed to open. Why should I spend all my time and energy cleaning up the mess they have created for me? What responsibility are they taking financially for the mess they have created for me? I am the victim and have done NOTHING wrong!

Company response to consumer
Closed with explanation

Company public response
Company has responded to the consumer and the CFPB and chooses not to provide a public response

10. Consumer in Louisiana, CFPB Complaint No. 5617659, filed May 31, 2022:

Consumer complaint narrative

On XXXX I received XXXX emails from Wells Fargo Bank regarding a checking account that was opened on XXXX through their phone center. I did not open this account, but was able to obtain what information the individual opened the account with. My name, social security number, email address, and mailing address were correct but the Louisiana drivers license and mobile phone number were incorrect. I contacted Wells Fargo to report this account was opened fraudulently. I live in XXXX, where there are no Wells Fargo accounts and the individual entered a XXXX XXXX mobile number and used a XXXX drivers license number. Wells Fargo stated that it would take up to 45 days for their fraud team to address this issue. XXXX was the representative that I talked to by calling XXXX. She is in the XXXX XXXX department and gave me a case number XXXX. I have contacted all three credit bureaus regarding this.

Company response to consumer
Closed with explanation

Company public response
Company has responded to the consumer and the CFPB and chooses not to provide a public response

11. Consumer in Florida, CFPB Complaint No. 5606018, filed May 26, 2022:

Consumer complaint narrative

On XX/XX/2022, I received a Fraud Alert from my company XXXX XXXX that a checking account has been opened in my name with Well Fargo Bank. I have NEVER dealt with Wells Fargo Bank and I did not open the account in question. I contacted XXXX XXXX and they made a conference call with me to Wells Fargo Bank. Wells Fargo Bank placed a " Hold " on the account and reported it as Fraudulent. I physically went to a local Wells Fargo Branch office to confirm the " Hold " and was given the account number which was opened in my name and was told that the account is frozen..

Company response to consumer
Closed with explanation

Company public response
Company has responded to the consumer and the CFPB and chooses not to provide a public response

12. Consumer in Illinois, CFPB Complaint No. 5605745, filed May 26, 2022:

Consumer complaint narrative

Fraudulent account opened under my name using my social security number at Wells Fargo on XX/XX/XXXX. Forwarded emails to them same date. Responses without case number. Received letter in mail saying account closed on XX/XX/XXXX. Called their fraud team on XX/XX/XXXX, and they stated the account was still active but will now be closed.

Consumer in Illinois, CFPB Complaint No. 5595481, filed May 24, 2022:

Consumer complaint narrative

Someone Fraudulently opened a bank acct using my info, then updated the system with new email info.. I Received emails from Wells Fargo on XX/XX/22 saying We received your application and it has been Approved, Also an email saying complete online banking enrollment I opened a case with my identity theft company and have put Alerts and Freezes are on all credit files. I don't have an account with Wells Fargo

Company response to consumer
Closed with non-monetary relief

Company public response
Company has responded to the consumer and the CFPB and chooses not to provide a public response

13. Consumer in New York, CFPB Complaint No. 5590800, filed May 22, 2022:

Tags

Older American, Servicemember

Consumer complaint narrative

On XX/XX/XXXX, I received an " Everyday Checking Account " # XXXX statement from Wells Fargo dated XX/XX/XXXX. I have never applied for this account. My only business with Wells Fargo is a Quarterly Payment from XXXX. Calls to Wells Fargo Fraud Dept. on XX/XX/XXXX, claim # XXXX, they said they would check on it and get back to me in 30 to 60 days. Other calls to Wells Fargo stated the account was opened in XX/XX/XXXX and closed XX/XX/XXXX. In late XX/XX/XXXX. I received a second checking account statement, dated XX/XX/XXXX. Wells Fargo sent me an " I.D . Theft Affidavit " for me to fill out. I completed, had notarized and returned XX/XX/XXXX. XXXX XXXX, XXXX Wells Fargo requesting more info already included in the Affidavit, I sent in the info again on XX/XX/XXXX, assigned case number # XXXX. It has been over 90 days since the last letter returned to Wells Fargo and no response from them. This account never appeared on my Credit Reports so I can only assume it was done by someone at Wells Fargo.

Company response to consumer
Closed with explanation

Company public response
Company has responded to the consumer and the CFPB and chooses not to provide a public response

14. Consumer in Michigan, CFPB Complaint No. 5585572, filed May 20, 2022:

On Tuesday, XX/XX/2022 at XXXX, I received an email from Wells Fargo claiming they had received my application for a Wells Fargo Everyday Checking account and that the application had been approved. I do not do business with Wells Fargo. I had not requested a checking account with Wells Fargo. Immediately following this, I received another email from Wells Fargo at XXXX, giving me an access code to track my application. I do not do business with Wells Fargo and had not requested a checking account. Immediately following this email, I received another email at XXXX from Wells Fargo indicating that the application submitted for a new Wells Fargo account had been approved. I do not do business with Wells Fargo and had not requested an account with them. At XXXX, I received another email from Wells Fargo re. : accessing my new account disclosures electronically. I do not do business with Wells Fargo and had not requested an account with Wells Fargo. Immediately following this email, at XXXX, I received another email from Wells Fargo asking me to complete my Wells Fargo Online enrollment. I do not do business with Wells Fargo and had not requested an account with this company. On XX/XX/2022 at XXXX, I received my final communication from Wells Fargo informing me that my contact information had been updated. Included in the email was a partially obscured email address and a partially obscured phone number neither of which were my current or former email addresses or phone numbers. it was evident that an online checking account had been opened with my name and my social security number fraudulently. I

Company response to consumer

Closed with explanation

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

    15. Consumer in Maryland, CFPB Complaint No. 5579170, filed May 19, 2022:

Consumer complaint narrative

XX/XX/2022 Wells Fargo Account was open not by me it's under investigation. I'm trying to protect myself. I'm also trying to protect my credit report according to my credit report someone has been taking loans and car loans. I need help and protection. I don't know how much well fargo was for or what state.

Company response to consumer

Closed with explanation

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

    16. Consumer in North Carolina, CFPB Complaint No. 5574986, filed May 18, 2022:

Consumer complaint narrative

Received three emails from Wells Fargo on XX/XX/2022 regarding a new checking account that they say I opened with them. I immediately called them and told them I did not open an account and they said they would shut it down and that there were not any transactions on the account. Since XX/XX/2022 I have received additional E-mails from Wells Fargo about different services with my checking account and a reminder that if i do not deposit funds they will close the account. I stopped by a local branch and they say they do not see I have an account. Tried calling their fraud department to see why I am still receiving E-mails from them. Waited on hold for over an hour before hanging up. I am concerned they opened an account for me that I did not request and concerned they have not taken the steps to turn off e-mails regarding this account they say was closed.

Company response to consumer

Closed with explanation

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

    17. Consumer in Illinois, CFPB Complaint No. 5518400, filed April 29, 2022:

Consumer complaint narrative

A Wells Fargo checking account was opened in my name on XX/XX/2022 and then closed on XX/XX/2022 without my consent for either. I called Wells Fargo and they would not provide me any details on what branch the account was opened at nor what the reasoning for the closure was.

Company response to consumer
Closed with explanation

Company public response
Company has responded to the consumer and the CFPB and chooses not to provide a public response

18. Consumer in Illinois, CFPB Complaint No. 5512413, filed April 28, 2022:

XX/XX/22 I received a letter from Wells Fargo indicating they were closing my account because it was either compromised or impacted by potential identity theft. I have NEVER opened an account with Wells Fargo. XX/XX/22 I received a postcard from Wells Fargo stating " unable to email you about your online statements. Please sign onto wellsfargo.com from your computer to view your statements " I have tried to reach a representative of Wells Fargo at XXXX ( phone number provided in letter ) to discuss this fraudulent account. On hold for over 30 minutes each time without talking to a human being.

Company response to consumer
Closed with non-monetary relief

Company public response
Company has responded to the consumer and the CFPB and chooses not to provide a public response

19. Consumer in Pennsylvania, CFPB Complaint No. 5506458, filed April 27, 2022:

Consumer complaint narrative
On XX/XX/XXXX I reported account fraud with XXXX XXXX XXXX. This is a second fraud attempt to open an account with Wells Fargo on XX/XX/XXXX. They used my Social security number and XXXX Drivers License Police report filed Credit reports all locked

Company response to consumer
Closed with explanation

Company public response
Company has responded to the consumer and the CFPB and chooses not to provide a public response

20. Consumer in Michigan, CFPB Complaint No. 5501400, filed April 26, 2022:

An online checking account was opened with Wells Fargo with my social security number. That Wells Fargo account was then linked to my legitimate XXXX savings account and 3 transactions occurred to electronically transfer money from my savings account and moved to the illegitimate checking account with Wells Fargo. 1. {$1900.00} 2. {$2300.00} 3. {$340.00} I called XXXX XXXX on XX/XX/22 to explain and confirmed the account was created online with my social security number, name and address however the phone and email address did not belong to me. Wells Fargo contirmed the transactions were attempted however canceled and never deposited into the Wells Fargo account. Wells Fargo closed the account and waiting for confirmation documents in the mail. I followed up with XXXX where the transactions were flagged as fradulent however the money was taken out of the savings acccount. As of XXXX the fraud department of XXXX XXXX was in the process of reimbursing the {$4600.00} back to my savings account.

Company response to consumer
Closed with non-monetary relief

Company public response
Company has responded to the consumer and the CFPB and chooses not to provide a public response

21. Consumer in Texas, CFPB Complaint No. 5500766, filed April 26, 2022:

Consumer complaint narrative
ON XX/XX/22 RECIEVED AN EMAIL FROM WELLSFARGO SAYING THAT IVE OPEN XXXX WELLS FARGO CHECKING ACCOUNTS

Company response to consumer
Closed with explanation

Company public response
Company has responded to the consumer and the CFPB and chooses not to provide a public response

22. Consumer in Virginia, CFPB Complaint No. 5495388, filed April 25, 2022:

Consumer complaint narrative
Within the last 3 weeks, 3 separate bank accounts were open fraudulently under my name ( 2 accounts with Wells Fargo and 1 with XXXX XXXX ). I placed a fraud alert with XXXX initially but it happened again. What else can I do to take care of the problem?

Company response to consumer
Closed with explanation

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

23. Consumer in Virginia, CFPB Complaint No. 5493678, filed April 25, 2022:

Consumer complaint narrative

I received a Debit Card PIN number for an account at Well Fargo I did not open. I do not have an account at Wells Fargo. I notified Wells Fargo in person and received an acknowledgment email however, the contact number provided in the email acknowledgment is not a functioning number. I am concerned given the previous practice of Wells Fargo opening fraudulent accounts. I am concerned as to how you can open an account online without any funds with Wells Fargo as the staff in XXXX alluded to? I ask that they freeze the account and I am a week in and have yet to receive any updates other than an acknowledgment email

Company response to consumer
Closed with explanation

Company public response
Company has responded to the consumer and the CFPB and chooses not to provide a public response

24. Consumer in Virginia, CFPB Complaint No. 5483978, filed April 22, 2022:

Consumer complaint narrative
A Wells Fargo checking account es opened in my name.

Company response to consumer
Closed with non-monetary relief

Company public response
Company has responded to the consumer and the CFPB and chooses not to provide a public response

25. Consumer in Kentucky, CFPB Complaint No. 5472901, filed April 20, 2022:

Consumer complaint narrative
In the past 6months Wells Fargo has allowed someone to fraudulently open 2 bank accounts.

Company response to consumer
Closed with explanation

Company public response
Company has responded to the consumer and the CFPB and chooses not to provide a public response

26. Consumer in Massachusetts, CFPB Complaint No. 5472264, filed April 20, 2022:

Consumer complaint narrative

On XX/XX/22 I received several new emails from Wells Fargo, stating that I had applied to open a checking account and it was approved in my maiden name. XXXX XXXX my current name is XXXX XXXX for the last 25 years. The other emails were about starting online banking how to sign up, and another email was about changing the email on the account. I called Wells Fargo and they did confirm that an account was opened today. It was a checking account with a zero balance. The account was frozen while they investigate it. I did fill out a police report, and call the credit bureaus. I also notified several of my Banks. And placed it alert on my credit bureau accounts.

Company response to consumer
Closed with non-monetary relief

Company public response
Company has responded to the consumer and the CFPB and chooses not to provide a public response

27. Consumer in Washington, CFPB Complaint No. 5471350, filed April 20, 2022:

Consumer complaint narrative

Accounts opened in my name from the internet in XXXX and closed 2 months later in XXXX, never was notified. I believe that my entire account at Wells Fargo was subject to fraudulent activity. I was never notified. I had over 10 accounts opened in my name. I have never had access to a full set of statements. I became XXXX in less than 2 years after depositing over XXXX in XXXX. I have many files but I don't want to open myself up to more possibilities of identity theft.

Company response to consumer
Closed with explanation

Company public response
Company has responded to the consumer and the CFPB and chooses not to provide a public response

28. Consumer in Ohio, CFPB Complaint No. 5470627, filed on April 20, 2022:

Consumer complaint narrative

In the early hours of XX/XX/XXXX, I received several emails from Wells Fargo with regards to an application for opening a checking account. I did not apply to open this checking account. ( I did have a car loan through Wells Fargo that closed in either XXXX or XXXX ). Later that day I called Wells Fargo to report the fraudulent account and identity theft. I didn't document who I spoke to or the case number for the report, but in a subsequent call, Wells Fargo confirmed that I

had called on XXXX. On my XXXX call to Wells Fargo, I do remember telling the representative that I had received these emails and that I had not applied for this check account. I was transferred to another representative who, I remember this, told me that since the account was still in the application stage, it would be cancelled ; I remember asking the representative if the fraud investigation would be sent to law enforcement authorities, and I was told that it would not be, that the investigation would be handled internally. After the call, I considered the matter closed. On XX/XX/XXXX, I received a statement for a Wells Fargo checking account dated XX/XX/XXXX, a month after my initial call to Wells Fargo to report the fraud. I called Wells Fargo the morning of XX/XX/XXXX to report the fraudulent account. The representative acknowledged the XXXX call. I was told that the account would be blocked and an investigation would be opened this time. I was transferred to another representative to discuss identity theft.

Company response to consumer

Closed with explanation

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

29. Consumer in Tennessee, CFPB Complaint No. 5462157, filed April 18, 2022:

Consumer complaint narrative

A checking account was opened with Wells Fargo in my maiden name. I received a statement for XX/XX/2022 in the mail in XXXX. I called Wells Fargo to close the account and they sent me directly to the fraud department. They stated they would take care of closing the account and I should receive a packet in the mail within 45 days. I received another statement in the mail this month for XXXX. It shows the account still active. I again called Wells Fargo and the fraud department told me this time the account does have a hold on anything coming in or going out, but it is still open. They said it would take up to 45 days to close everything out. They proceeded to tell me to call back if I hadn't received confirmation on account being resolved by XXXX 2022. I have also placed a credit freeze and SSN freeze on my name.

Company response to consumer

Closed with explanation

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

30. Consumer in Pennsylvania, CFPB Complaint No. 5455004, filed April 16. 2022:

Consumer complaint narrative

XX/XX/XXXX On XX/XX/XXXX I received in the mail a bank statement from Wells Fargo every day checking I have never opened a Wells Fargo every day checking account or a Wells Fargo account. I called Wells Fargo with the account number on the statement as well as the

surname ( that was my surname 6 years ago but not now ). I spoke to XXXX & XXXX in the fraud department of Wells Fargo explained that I never opened this account, I did have to verify the last four of my social which she verify it was correct she did tell me this account was open in XX/XX/XXXX. I was instructed to file a fraud freeze alert with credit bureaus, contact my bank and notify them of my stolen identity, file a complaint with federal trade commission/Consumer financial protection Bureau and then File a police report with my local police. I am filing this complaint because someone has stolen my identity and opened a bank account and who knows what else is out there this is FRAUD and I would like to have it stopped.

Company response to consumer
Closed with non-monetary relief

Company public response
Company has responded to the consumer and the CFPB and chooses not to provide a public response

31. Consumer in Kansas, CFPB Complaint No. 5442741, filed April 13, 2022:

Consumer complaint narrative
Email sent to their phishing address after I came across emails regarding an account being opened. Received a letter XX/XX/2022 stating the account will be closed by XX/XX/2022 after an investigation revealed the account to be compromised or impacted by potential identity theft. I have also filed a complaint against Wells Fargo with the FTC.

Company response to consumer
Closed with non-monetary relief

Company public response
Company has responded to the consumer and the CFPB and chooses not to provide a public response

32. Consumer in Maine, CFPB Complaint No. 5420932, filed April 8, 2022:

Consumer complaint narrative
I have been the victim of Wells Fargo opening three accounts which I did not authorize. They were opened by Wells Fargo employees. Case numbers were XXXX Related Case Number : XXXX. I just received an Email from Wells Fargo saying that I had tried to open an account with Wells Fargo using email address XXXX. I haven't worked at the establishment for 1.5 years. I feel that once again Wells Fargo will fraudulently open an account for me and then bill me as their employees practice deceit. I would never open a Wells Fargo account.

Company response to consumer
Closed with non-monetary relief

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

33. Consumer in New Jersey, CFPB Complaint No. 5418958, filed April 7, 2022:

Consumer complaint narrative

An account was opened under my name in Wells Fargo. I have never opened an account with them and I received a statement letter from them with the account information. I called and they said it will take them 45 days to investigate and they were unable to explain/ close this fraud account immediately. Im incredibly upset with my fraud experience with Wells Fargo. The fraud claim made with them is : XXXX

Company response to consumer

Closed with explanation

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

34. Consumer in Arizona, CFPB Complaint No. 5411104, filed April 5, 2022:

Consumer complaint narrative

On Thursday, XX/XX/2022, I noticed an online transfer of {$1500.00} taken from one my XXXX account. Earlier that day, I had been checking my bank account online and didn't see the transfer until around XXXX when I just finished running errands. As soon as I saw the large, unknown, online transfer, I called my bank 's customer service number immediately and was told to call their identity theft number first thing in the morning. Next morning, I checked my bank account and noticed another {$500.00} was taken. This time I was able to see where it was being " transferred " to. It showed " online transfer to an account ending in XXXX. Super confused because I've never seen that account number or anything close to it. I called the number they provided me with the number for the bank 's identity theft department and they informed it was definitely a case of identity theft then walked me through the steps I needed to take. That day, the person over the phone closed my XXXX account, had me change my username/password and recommended I check my phone and laptop for viruses. After doing all that, I filed a report on XXXX, and also called my local police department and asked for a police report to file. I got denied twice from my bank 's investigation team and never got a clear reason as to why it was denied or how. The bank explained that they allowed this person to do a whole bunch of activity online. They opened this new account online, ordered a new debit card I believe and also changed my email address. When I heard this information I explained as to why they didn't send me a verification code to my phone number or current email before they allowed this change. I check my messages and emails multiple times during the day so I could've prevented this from happening but because the bank did neither of these things, this person was able to change my personal information and take from me at their expense. I've explained to multiple people from the company that I've only lived in XXXX and I haven't left in years. And this person who ever got ahold of my information, did it in XXXXXXXX XXXXXXXX. They opened the account

there, withdrew all my money from an atm there in XXXX. I live in XXXXXXXX XXXX and I work full-time here as well. I've talked to my bank 's supervisor and didn't receive that much help either which is super frustrating in this traumatic situation because I feel as though it's completely obvious it's not my activity at all. I've been a customer with Wells Fargo for over 7 years and for them to allow someone to open an account, and debit card under my name, allow them to withdraw all my savings money in another state and not help me with this situation is very hurtful. I'm fling this complaint because it's been almost a month and nothing is being done by my bank to help me.

Company response to consumer

Closed with explanation

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

35. Consumer in California, CFPB Complaint No. 5405022, filed April 4, 2022:

Consumer complaint narrative

This email pertains to the inquiry and explanation of case numbers XXXX, XXXXXXXX XXXX XXXX XXXX XXXX XXXX XXXX XXXXXXXX. On XX/XX/2022 we were informed by mail of an unauthorized transaction of 3 times {$1000.00} on a debit card that we have never asked nor did we receive. The hackers also managed had open an account under our names,. We called the bank immediately and told the agent that the new account was not initiated by neither of us and elucidated and stressed that we have not had a joint debit card for several years.. We requested the bank to close the hacked account account and pleaded to the agent to ask the bank to be more diligent and set up an automatic notification of any activities on our accounts in entirety and avoid further unauthorized transactions. She acknowledge and promised to do that immediately. The situation got more daunting 2 days later as we were monitoring our accounts and realized that 3 more fraudulent withdrawals were made from our different accounts to the same XXXX account for a total of {$22000.00} ( {$700000.00} + XXXX + XXXX ). . This continuous issues has been beyond stressful and we are so frustrated with the banks lack of due diligence and protection. To further complicate this situation we just received a letter today regarding claim # XXXX that our disputed unauthorized transactions on the debit card was declined. We find this decision insulting and beyond appalling and feel extremely disappointed with the management of our account and the manner it is being conducted. We are expecting for a professional resolution and thorough investigation of this dire issue from Wells Fargo. We clearly know our rights and if need be we would hire legal assistance to help recovering our lost funds which has happened simply due to the bank 's negligence and lack of security protection. We have been loyal customers of Wells Fargo bank for more than a decade with average daily deposit of several hundred thousand dollars. Please let us know about your due diligence about this matter as soon as your investigation is completed. Attached is the the letter of denied rights. ( a total insult ). Basically meaning that we are involved in fraudulent activities, we do not take this lightly. Disappointed that the bank has leaked our information. Sincerely

Company response to consumer

Closed with monetary relief

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

36. Consumer in Tennessee, CFPB Complaint No. 5403574, filed April 4, 2022:

Consumer complaint narrative

On XX/XX/2022 I received an email from Wells Fargo congratulating me on opening a new account which I hadn't. I then received a separate email verifying that my contact information had been changed which it had not been. I contacted Wells Fargo in which they terminated the account and opened a cyber security investigation into the matter.

Company response to consumer

Closed with explanation

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

37. Consumer in New Jersey, CFPB Complaint No. 5400569, filed April 3, 2022:

Tags

Servicemember

Consumer complaint narrative

I have an identity theft monitoring app due to am XXXX breach. My identity was stolen in 2012 and I spent multiple years working to repair my credit as a result. I received an alert in the app that a bank account t was opened with my ssn at Wells Fargo where I have never banked. I called right away. I told them I have a fraud alert on my credit report, how was this opened? One agent told me to take that up with the credit reporting agency. What?! They gave me an investigation number of XXXX and assured me I would hear back with resolution. That was almost 30 days ago. Im not calling over and over through their hard to navigate system because they overlooked a clear fraud alert. I want that account closed, a written response from Wells Fargo regarding what occurred and to ensure they follow the rules when there is a fraud alert on credit reports. It was too easy for someone to open an account in my name and Im sure this has happened to many other people.

Company response to consumer

Closed with explanation

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

38. Consumer in Florida, CFPB Complaint No. 5388244, filed March 31, 2022:

Consumer complaint narrative

XX/XX/XXXX. I opened one Everyday checking account with Wells Fargo in person - at a local branch, using my current email address, mailing address, phone number, and my state of Florida picture ID to verify my identity XX/XX/XXXX. : After logging in on wellsfargo.com, I noticed XXXX additional Everyday checking accounts were opened on XX/XX/XXXX, without my knowledge, consent, or authorization. These accounts were opened without the {$25.00} minimum deposit that's required to open up an Everyday checking account, and no money was taken out of my legitimate Everyday checking account Further, both fraudulent accounts were opened by Wells Fargo, even though my personal information on each of the respective applications did not match with what they already had in their system : Wells Fargo opened up these XXXX fraudulent checking accounts even though : My current email address did not match My current mailing address did not match My current phone number did not match My current picture ID did not match. My current job description and title did not match And both IRS XXXX that were submitted, along with both applications, were forged, under the penalty of perjury, which is a felony under federal law. As luck would have it - they had used an old email address of mine to open up these accounts- so I was able to retrieve both fraudulent applications and both fraudulent XXXX that were submitted, and approved, by Wells Fargo 2 years ago - Wells Fargo paid the Justice Department {$3.00} XXXX to settle a case for doing the exact same thing as what they did to me. If an outside entity had stolen my personal information and tried to open up these accounts - I would imagine that Wells Fargo would have rejected these applications, because none of my personal information, other than my name and social security number, matched with what they had in their system Inside job - plain and simple

Company response to consumer

Closed with non-monetary relief

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

39. Consumer in New York, CFPB Complaint No. 5386190, filed March 30, 2022:

Tags

Servicemember

Consumer complaint narrative

On XX/XX/2022 I received multiple emails from Wells Fargo notifying me of a new customer checking account that has been opened. I called Wells Fargo on XX/XX/2022 to inform them I had not opened an account. I was informed that a checking account was successfully opened under my name which can only be done with my social security number which would make this a case of identity theft. I was advised a case was opened with Wells Fargo regarding the fraud,

case number XXXX, and I needed to report the theft to the credit bureaus, banking institutions, police department, FTC.

Company response to consumer

Closed with explanation

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

40. Consumer in Kentucky, CFPB Complaint No. 5382918, filed March 29, 2022:

Consumer complaint narrative

Some one opened a Checking account with Wells Fargo under my previous married name. I was able to get into the account, change the password and contact Wells Fargo and report it as fraud. I received the debit card in my mail last date, which worries me that the subject may be someone I know and will be coming by my house to retrieve the debit card. User name used to open the account is XXXX. So far Wells Fargo has taken the steps to correct the situation.

Company response to consumer

Closed with explanation

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

41. Consumer in New Jersey, CFPB Complaint No. 5382897, filed March 29, 2022:

Consumer complaint narrative

I have received several correspondences from Well Fargo including a Checking Account Statement. I did not apply for, or authorize Wells Fargo to open an account in my name. All information on the account, specifically my Social Security Number, Drivers License Number and Birth Date were correct. The only incorrect information was the expiry date on my driver 's license. This leads me to suspect that either Wells Fargo or a complicit third party illegally obtained my identification information.

Company response to consumer

Closed with explanation

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

42. Consumer in Colorado, CFPB Complaint No. 5364657, filed March 24, 2022:

Consumer complaint narrative

A checking account was open in my name without my knowledge or consent. I found out about this because I got an email from wells Fargo saying account approved and here are your documents and disclosures.

Company response to consumer

Closed with explanation

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

43. Consumer in Ohio, CFPB Complaint No. 5358039, filed March 23, 2022:

Consumer complaint narrative

I received a forward letter stating an account that was opened at Wells Fargo will be closed XX/XX/22 because it didnt match up to an internal/ public records result.

Company response to consumer

Closed with explanation

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

44. Consumer in Virginia, CFPB Complaint No. 5355787, filed March 23, 2022:

Consumer complaint narrative

Wells Fargo bank created a checking account without my authorization. I do not conduct business with Wells Fargo since XXXX when I paid off a student loan. The online banking account was terminated as a result of having zero business with the financial institution. I was alerted of an account being created by email on XXXX XX/XX/XXXX at XXXX XXXX EST detailing that a debit card would be arriving within 5-7 days. I called Wells Fargo and they opened a case. They confirmed that a checking account was created but have yet to inform me of what will happen next.

Company response to consumer

Closed with explanation

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

45. Consumer in Wisconsin, CFPB Complaint No. 5354004, filed March 23, 2022:

Consumer complaint narrative

Received an email saying I opened an account with Wells Fargo. I never opened an account with them. I tried to call but was on hold and then hung up on.

Company response to consumer

Closed with explanation

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

46. Consumer in Illinois, CFPB Complaint No. 5349623, filed March 21, 2022:

Consumer complaint narrative

Someone opened and closed an account at Wells Fargo without my authorization. I received mail to an old address and this is how I became aware.

Company response to consumer

Closed with non-monetary relief

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

47. Consumer in California, CFPB Complaint No. 5348021, filed March 21, 2022:

Consumer complaint narrative

On XX/XX/2022 I received an email from Wells Fargo stating that the application that I had put in for an account was approved and what the next steps would be. I never signed up for a Wells Fargo account recently so I knew something was wrong. When I opened the application that was in the documents, someone had filled out the entire thing using my information ( Social, DOB, and a old address and phone number for me ). I've never felt so vulnerable. I contacted Wells Fargo this morning and have filed an Identity Theft case.

Company response to consumer

Closed with explanation

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

48. Consumer in Pennsylvania, CFPB Complaint No. 5346302, filed March 21, 2022:

Consumer complaint narrative

A checking account was opened in my name and I never received any correspondence from Wells Fargo. The account was closed after 90 days of inactivity. A fraud report was opened and the account was closed.

Company response to consumer

Closed with explanation

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

49. Consumer in Missouri, CFPB Complaint No. 5344153, filed March 20, 2022:

Consumer complaint narrative

Someone opened a bank account in my name in XX/XX/2022 and XX/XX/2022 with Wells Fargo.

Company response to consumer

Closed with explanation

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

50. Consumer in Pennsylvania, CFPB Complaint No. 5338890, filed March 18, 2022:

Consumer complaint narrative

On XX/XX/2022 I received 4 emails from Wells Fargo Bank that they received an application for a checking account and that it was now open. I am currently a member of Wells Fargo Bank with a checking account and savings account. I did not request for a new account to be opened. I logged onto Wells Fargo and noted that there was in fact a new checking account. I called Wells Fargo and they closed the account. They did note that my Social Security Number and Drivers License Number were used to create the account. I opened an XXXX account to place a lock on my information to prevent any further requests. On XX/XX/2022 I called my local Social Security branch to see if my SSN had been used anywhere else and they confirmed no further activity. I am completing this if someone has my Social Security Number I would like it monitored to see if they attempt to use it for anything else.

Company response to consumer

Closed with explanation

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

51. Consumer in Florida, CFPB Complaint No. 5330944, filed March 16, 2022:

Consumer complaint narrative

I woke up this morning to find that Wells Fargo has opened 2 new checking accounts in my name. I did not authorize this.

Company response to consumer

Closed with explanation

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

52. Consumer in Texas, CFPB Complaint No. 5310874, filed March 13, 2022:

Consumer complaint narrative

XX/XX/22 called XXXX XXXX to report. Froze all credit bureaus, called Wells Fargo where someone tried to open an account, froze the fraud application for checking account

Company response to consumer

Closed with explanation

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

53. Consumer in Utah, CFPB Complaint No. 5307568, filed March 10, 2022:

Consumer complaint narrative

I received a letter in the mail stating there was an account trying to be opened in my name and then the next day I received an alert on my credit saying Wells Fargo had opened an account in my name. I called the Wells Fargo fraud department and they were not any help at all. They said they would get back to me after an investigation. I dont think they were considerate of how serious this really is.

Company response to consumer

Closed with explanation

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response

54. Consumer in Ohio, CFPB Complaint No. 5289484, filed March 5, 2022:

Consumer complaint narrative

I received a batch of 6 emails from Wells Fargo about a new account being opened under my name, checking. I did contact Wells Fargo about this and Wells Fargo did flag the account and is investigating. Wells Fargo advised me to contact my bank and any other financial entities ( brokerages, etc. ) to provide a alert on this issue. My bank, XXXX in XXXX Ohio also advised me to contact the Social Security Administration . The fraud reporting process at SSA directed me to this site/location.

Company response to consumer

Closed with explanation

Company public response

Company has responded to the consumer and the CFPB and chooses not to provide a public response