AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of California

| Bernard J. Patterson, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 3:23-cv-03858-TLT |
| Wells Fargo & Co., et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant LexisNexis Risk Solutions Inc.

Date: 11/30/2023

/s/ Meghan M. McBerry
*Attorney's signature*

Meghan M. McBerry (SBN 334464)
*Printed name and bar number*

Alston & Bird LLP
560 Mission Street, Suite 2100
San Francisco, CA 94105
*Address*

meghan.mcberry@alston.com
*E-mail address*

(415) 243-1000
*Telephone number*

(415) 243-1001
*FAX number*