UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD J. PATTERSON; JOSHUA P. ADAMS; LINDA G. JORDAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & CO.; WELLS FARGO BANK, N.A.; EARLY WARNING SERVICES, LLC,; and LEXISNEXIS RISK SOLUTIONS, INC.<br><br>Defendants. | Case No. 3:23-cv-3858-TLT<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO EXTEND PLAINTIFFS' TIME TO FILE SECOND AMENDED COMPLAINT<br><br>Complaint Filed: August 1, 2023 |

In accordance with Local Rule 6-1(b), Plaintiffs Bernard J. Patterson, Joshua P. Adams, and Linda G. Jordan (collectively, "Plaintiffs") and Defendant Early Warning Services, LLC, ("Defendant" and collectively, Plaintiffs and Defendant as the "Parties") stipulate to and respectfully request that the Court extend the filing deadline for Plaintiffs' Second Amended Complaint, as provided below.

The Court entered an order on Defendants' Motions to Dismiss on May 30, 2024. ECF 90.

In its order on Defendants' Motions to Dismiss, the Court stated Plaintiffs' complaint, if amended, must be filed no later than June 19, 2024.

Because the Parties are engaging in settlement discussions, and in the interest of furthering those discussions, the Parties stipulate that the filing deadline for Plaintiffs' Second Amended Complaint should be extended to July 10, 2024.

Counsel for Plaintiffs have conferred with counsel for Defendants Wells Fargo Bank, N.A. and Wells Fargo & Co., who have indicated that they do not oppose the requested extension of Plaintiffs' deadline to file their Second Amended Complaint.

Accordingly, for good cause, the foregoing is stipulated to between the Parties.

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: June 18, 2024

_____
HON. TRINA L. THOMPSON
U.S. DISTRICT JUDGE