# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| BERNARD J. PATTERSON; JOSHUA P. ADAMS; LINDA G. JORDAN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>WELLS FARGO & CO.; WELLS FARGO BANK, N.A.; EARLY WARNING SERVICES, LLC; LEXISNEXIS RISK SOLUTIONS INC.,<br><br>Defendants. | Case No. 3:23-cv-3858-TLT<br><br>[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT<br><br>Complaint Filed:  August 1, 2023<br>FACC Filed:  November 6, 2023<br>SACC Filed:  July 10, 2024 |

Having considered the Parties' Joint Stipulation Extending Time to Respond to Plaintiffs' Second Amended Class Action Complaint ("Stipulation"), and for good cause, the Court hereby GRANTS the Stipulation and ORDER as follows:

Defendants Wells Fargo & Co.; Wells Fargo Bank, N.A.; and Early Warning Services, LLC shall respond to the Second Amended Class Action Complaint filed by Plaintiffs Bernard J. Patterson, Joshua P. Adams, and Linda G. Jordan by no later than August 12, 2024.

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED.**

DATED: July 19, 2024

_____
HONORABLE TRINA L. THOMPSON
UNITED STATES DISTRICT JUDGE

Case No. 3:23-cv-3858-TLT
[PROPOSED] ORDER GRANTING JOINT STIPULATION EXTENDING TIME TO RESPOND TO PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT