UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD J. PATTERSON,<br><br>    Plaintiff,<br><br>v.<br><br>WELLS FARGO & CO., et al.,<br><br>    Defendants. | Case No. 23-cv-03858-TLT<br><br>**SECOND REVISED: CASE MANAGEMENT AND SCHEDULING ORDER**<br><br>Re: Dkt. No. 127 |

Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10, **THE FOLLOWING DEADLINES ARE HEREBY ORDERED**:

1. <u>TRIAL DATE</u>:     January 26, 2026
   No. of Days: 10-15
   Courtroom 9, 19th Floor
   Jury Trial

2. <u>FINAL PRETRIAL CONFERENCE</u>:     December 11, 2025
   **LEAD COUNSEL WHO WILL TRY THE CASE MUST ATTEND**
   Joint Pretrial Statement (including objections, motions in limine, jury instructions, exhibits, and proposed verdict forms): November 14, 2025

3. <u>MEET AND CONFER AND SERVE PRETRIAL DISCLOSURES</u>:     (Jury Instructions, Witness lists, Exhibit lists, Discovery, and Deposition Designations, including rebuttal disclosures)

4. <u>DISPOSITIVE MOTIONS</u>:     Last day to *file* dispositive motions: July 18, 2025
   Last day to be heard: August 19, 2025, 2:00 p.m.
   See Civil Local Rules for notice and filing requirements.

| | | |
|---|---|---|
| 5. | MEET AND CONFER: | 30 days prior to filing dispositive motion. (Submit joint two-page statement of undisputed facts along with an appendix summarizing exhibits) |
| 6. | CLASS CERTICATION HEARING (NUMEROSITY, TYPICALITY, SUPERIORITY): | Last day to be heard:  June 10, 2025, 2:00 p.m.<br>Last day to *file* motions:  March 25, 2025<br>Opposition due: April 29, 2025; Reply due May 26, 2025<br>See Civil Local Rules for notice and filing requirements. |
| 7. | FACT DISCOVERY CUT-OFF: | May 30, 2025 |
| 8. | EXPERT REPORTS: | Opening reports by April 18, 2025<br>Rebuttal reports by May 16, 2025 |
| 9. | EXPERT DISCOVERY CUT-OFF: | June 13, 2025 |
| 10. | ADR: | Private Mediation or Private ADR to be completed by April 11, 2025 |
| 11. | LAST DAY TO AMEND PLEADING: | January 3, 2025 |
| 12. | FURTHER STATUS CONFERENCE: | March 20, 2025, 2:00 p.m. |
| 13. | MOTION TO DISMISS SECOND AMENDED COMPLAINT AND MOTION TO STAY DISCOVERY, ECF 97, 98, 99 | October 29, 2024, 2:00 p.m. |

[*The Court will advise the parties if the matter will be taken under submission via text order. L. R. 7(1)(b).*  If a text order does not post 7 days prior, the parties must appear in person for all motions].

2

**IT IS FURTHER ORDERED** that parties and counsel refer to and comply with Judge Thompson's Civil Standing Order and Civil Pretrial and Jury Trial Standing Order or Civil Pretrial and Bench Trial Standing Order located on the court's website (https://cand.uscourts.gov/trina-l-thompson/).

### JURY TRIAL

The Court will take cause challenges and discuss hardship claims at side bar. The Court will inform counsel which hardship claims and cause challenges will be granted but will not announce those dismissals until the selection process is completed. Peremptory challenges will be made in writing. The Court will strike at one time those with meritorious hardship claims, those excused for cause, and those challenged peremptorily, and then seat the first six to eight people remaining in numerical order.

The Court will send out to prospective jurors in advance of trial an electronic questionnaire soliciting information. In addition, if the parties wish to submit proposed voir dire questions, the parties must meet and confer and file a **joint set** of proposed questions that the Court may add to the electronic questionnaire. The parties will receive the responses prior to the in-court voir dire.

### SCHEDULING ORDER MODIFICATIONS

No provision of this order may be changed except by written order of this Court upon its own motion or upon motion of one or more parties made pursuant to Civil Local Rule 7-11 with a showing of good cause. Parties may file a formal brief, but a letter brief will suffice. The requesting party shall serve the opposing party on the same day the motion is filed, and the opposing party shall submit a response as soon as possible but no later than four days after service.

If the modification sought is an extension of a deadline contained herein, the motion must be brought at least seven (7) days before expiration of that deadline. **The parties may not modify the pretrial schedule by stipulation**. A conflict with a court date set after the date of this order does not constitute good cause. The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk. The only discovery schedule that the Court will enforce is the one set in this order.

1  This order resolves ECF 127.

2  **IT IS SO ORDERED.**

3  Dated: September 19, 2024

_____
TRINA L. THOMPSON
United States District Judge