United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BERNARD J. PATTERSON,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO & CO., et al.,<br><br>    Defendants. | Case No. 23-cv-03858-TLT<br><br>**JUDGMENT**<br><br>Re: Dkt. Nos. 97, 99, and 137 |

On November 8, 2024, the Court granted DEFENDANTS' MOTION TO DISMISS AND DENIED DEFENDANT'S MOTION TO STAY DISCOVERY motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 58, the Court hereby ENTERS judgment in favor of Defendants and against Plaintiffs. The Clerk of Court shall close the file in this matter.

**IT IS SO ORDERED.**

Dated: November 12, 2024

_____
TRINA L. THOMPSON
United States District Judge